UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                        ORDER
                                        12-CR-6178L

              v.

DOUGLAS C. TATNER, II,

                      Defendant.
_____

       Defendant Douglas C. Tatner, II pleaded guilty on January 14, 2013 and was continued released pending sentencing, scheduled for May 6, 2013. By letter dated January 17, 2013 (Dkt. #15), defendant now seeks to be remanded into custody pending sentence.

       IT IS THEREFORE

       ORDERED that this Court's order releasing defendant pending sentencing is vacated and defendant is directed to surrender to the United States Marshal at the United States Courthouse, 100 State Street, Rochester, New York at 10 A.M. on Tuesday, January 22, 2013.

       IT IS SO ORDERED.

                                      _____
                                          DAVID G. LARIMER
                                       United States District Judge

Dated: Rochester, New York
       January 18, 2013.